UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TWANDA JACQUELYN HOWARD,

      Plaintiff,

v.                                                          Case No.  8:06-cv-01779-SCB-TBM

CLEARWATER POLICE DEPARTMENT and
STATE OF FLORIDA,
DEPARTMENT OF CORRECTIONS, Division of
Probation and Parole,

      Defendants.
_____/

**<u>ORDER</u>**

      This cause comes before the Court on its own.  On September 26, 2006, Plaintiff filed a 31-page complaint against Defendants Clearwater Police Department and State of Florida Department of Corrections.  (Doc. No. 1.)  This disjointed and rambling complaint was almost identical to the complaint that the Court previously dismissed after Plaintiff failed to amend it. Therefore, on October 4, 2006, the Court directed Plaintiff again to file an amended complaint that conformed to the requirements of Fed. R. Civ. P. 8(a) on or before October 24, 2006.  (Doc. No. 4.)  The Court also directed Plaintiff to pay the $350.00 filing fee to the Clerk by that date. The Court notified Plaintiff that her failure to do so would result in the dismissal of this action with prejudice, and without further notice.

      On October 20, 2006, Plaintiff filed a document entitled "Response to Court Order." (Doc. No. 6.)  This 35-page document is almost identical to the complaint that the Court has twice ordered Plaintiff to amend.  Plaintiff has again failed to conform her complaint to Rule 8 of the Federal Rules of Civil Procedure, and the Court is still unable to determine exactly what

claims Plaintiff is asserting and whether they have any merit. Furthermore, Plaintiff failed to file the $350.00 filing fee by October 24.

Accordingly, it **ORDERED** that this case is **DISMISSED WITH PREJUDICE**. The clerk is directed to close this case.

**DONE AND ORDERED** at Tampa, Florida, this 26th day of October, 2006.

Copies to:
Counsel of Record
Pro Se Plaintiff

SUSAN C. BUCKLEW
United States District Judge